## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMMA TURNER** | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| | : | **NO.   24-4132** |
| **STAR HOME CARE PROVIDER** | : | |
| *Defendant.* | : | |

## <u>O R D E R</u>

**AND NOW,** this 10th day of June, 2025, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

  _/s/ Michael Coyle_
**MICHAEL COYLE**
Courtroom Deputy to the
Honorable Mary Kay Costello
United States District Court Judge